| | |
|---|---|
| Thomas M. Swett, Esq. (SBN 232423)<br>Seth A. Nunley, Esq. (SBN 316028)<br>BURTON & SWETT, LLP<br>P.O. Box 551<br>14220 Old State Route 49<br>Amador City, California 95601<br>Telephone: (209) 267-9217<br>Facsimile: (209) 992-4077<br>Email: tom@burtonswett.com<br>Email: seth@burtonswett.com<br><br>Attorneys for Plaintiffs<br>ENRICO BELTRAMINI;<br>LAURA BELTRAMINI | Eoin L. Kreditor (SBN 151131)<br>FITZGERALD KREDITOR BOLDUC<br>RISBROUGH LLP<br>2 Park Plaza, Suite 850<br>Irvine, CA 92615<br>Tel:  (949) 788-8900<br>Fax:  (949) 788-8980<br>ekreditor@fkbrlegal.com<br><br>Attorneys for Defendants<br>ATC SEQUOIA, LLC;<br>AMERICAN TOWER (ATC), LLC;<br>PINNACLES CELLULAR, INC.<br>DBA VERIZON WIRELESS |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO BELTRAMINI;<br>LAURA BELTRAMINI,<br><br>      Plaintiffs,<br><br>  vs.<br><br>AMERICAN TOWER (ATC), LLC, a Delaware limited liability company;<br>ATC SEQUOIA, LLC, a Delaware limited liability company;<br>PINNACLES CELLULAR, INC., a Delaware corporation, dba VERIZON WIRELESS; and<br>DOES 1 through 25, inclusive,<br><br>      Defendants.<br><br>ATC SEQUOIA, LLC, a Delaware limited liability company; PINNACLES CELLULAR, INC., a Delaware corporation dba VERIZON WIRELESS,<br><br>      Counterclaimants,<br><br>  vs.<br><br>ENRICO BELTRAMINI, an individual;<br>LAURA BELTRAMINI, an individual,<br><br>      Counterdefendants. | Case No.: 2:24-CV-01829-DJC-AC<br><br>Calaveras County Superior Court Case No.: 24-CV-47326<br><br>Assigned: Hon. Daniel J. Calabretta<br><br>**STIPULATION TO DISMISS ACTION AND ORDER RE DISMISSAL**<br><br>Complaint Filed: April 17, 2024<br>Complaint Served: June 6, 2024<br>Notice of Removal Filed: July 1, 2024 |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs/counterdefendants, ENRICO BELTRAMINI AND LAURA BELTRAMINI (collectively "Plaintiffs"), on the one hand, and defendants/counterclaimants, ATC SEQUOIA, LLC; AMERICAN TOWER, LLC; and PINNACLES CELLULAR, INC. DBA VERIZON WIRELESS (collectively, "Defendants"), on the other hand, as follows:

1. Plaintiffs and Defendants (collectively, the "Parties") have entered into an agreement to settle the above-entitled action between them. The Parties have executed a written and binding agreement that sets out the terms of their settlement (the "Settlement Agreement").

2. As noted in the Joint Status Report (Docket No. 15), the Parties stipulate to the dismissal of this matter and all causes of action in connection therewith with prejudice. Accordingly, the Parties respectfully request the Court vacate all pending deadlines, hearing dates as well as the trial date.

DATED: JUNE 9, 2025                        BURTON & SWETT, LLP

                                           BY: _____
                                           SETH A. NUNLEY, ESQ.
                                           ATTORNEYS FOR
                                           PLAINTIFFS/COUNTERDEFENDANTS

DATED: JUNE 10, 2025                       FITZGERALD KREDITOR BOLDUC
                                           RISBROUGH LLP

                                           BY: _____
                                           EOIN L. KREDITOR, ESQ.
                                           ATTORNEYS FOR DEFENDANTS/
                                           COUNTERCLAIMANTS

**ORDER**

IT IS HEREBY ORDERED that, without prejudice to the settlement, and all of the covenant terms and conditions thereof, the Court dismisses the instant action of all Parties and all causes of action with prejudice.

IT IS SO ORDERED.

Dated: June 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE